DEDONA CONTRACTING CORPORATION, Plaintiff, *v.* ONE ELEVEN WEST END CORPORATION, Appellant, and DEPACE & JUSTER, INC., Respondent, Impleaded with Others.

(Argued March 19, 1934; decided April 17, 1934.)

*Jeremiah P. Lyons* for appellant.
*Howard C. Kelly* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ.   Not sitting: KELLOGG, J.